# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00650-CV

**Chisholm Trail Elks Lodge No. 2659, Appellant**

**v.**

**MT Falkin Investments, L.L.C., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-11-001473, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant, Chisholm Trail Elks Lodge No. 2659 (the "Elks Lodge"), has filed a motion to abate this appeal. Appellee, MT Falkin Investments, L.L.C. ("MT Falkin"), opposes the motion. This appeal, along with a separate appeal filed by MT Falkin and assigned cause number 03-11-00888-CV, arises from a dispute between MT Falkin and the Elks Lodge concerning alleged breaches of a commercial lease agreement. In this appeal, the Elks Lodge appeals the trial court's final judgment *nunc pro tunc* in favor of MT Falkin. In cause number 03-11-888-CV, MT Falkin appeals the trial court's grant of final summary judgment that MT Falkin take nothing by its claims against the Elks Lodge.

In support of its motion to abate, the Elks Lodge argues that if this Court affirms the summary judgment in cause number 03-11-00888-CV then the issues presented in the instant appeal

will be rendered moot. Accordingly, the Elks Lodge contends that in order to "avoid a significant waste of judicial resources and attorney's fees" this Court should abate this appeal "and should not proceed unless and until the summary judgment is overturned on appeal." Based on a review of the record, including the motion for summary judgment filed in cause number 03-11-00888-CV, we agree that this Court's decision in cause number 03-11-00888-CV may render the issues presented in this appeal moot. Accordingly, in the interest of conserving judicial resources, we grant the motion to abate. Tex. R. App. P. 2.

We hereby suspend all appellate deadlines and abate this appeal until further order of this Court or until such time as this Court renders judgment or otherwise disposes of cause number 03-11-00888-CV. The Elks Lodge shall submit a status report no later than fifteen (15) days following the rendition of judgment or other act of this Court reinstating this appeal.

Before Justices Puryear, Henson and Goodwin

Abated

Filed: April 27, 2012